# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1260
Lower Tribunal No. 22-CA-846-K
_____

**Kazi Ahmed,**
Appellant,

vs.

**Krzysztof Duszka,**
Appellee.

An Appeal from the Circuit Court for Monroe County, James M. Barton, II, Judge.

Kazi Ahmed, in proper person.

Krzysztof Duszka, in proper person.

Before LOGUE, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.